UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

GARRETT BOWDEN, Individually and on behalf of all others similarly situated.,

    Plaintiff,

v.

EXPRESS SCRIPTS, INC., *et al.*

    Defendants.

Case No.: 3:25-cv-00261-RJC

### *ORDER DENYING MOTION TO REMAND*

The Court, having reviewed all pertinent facts, pleadings, and circumstances relating to Plaintiff's Motion to Remand Case for Lack of Diversity Jurisdiction and/or Subject Matter Jurisdiction under ERISA and CAFA ("Motion to Remand"), and being fully advised of the premises and for good cause shown, states:

**IT IS NOW ORDERED AS FOLLOWS:**

1. Plaintiff's Motion to Remand is **DENIED**; and

2. The Court finds it has and will retain jurisdiction to hear the above-captioned case.

IT IS SO ORDERED ON THIS THE _____ DAY OF _____, 2025.

_____
COLVILLE, J.