## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARRETT BOWDEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EXPRESS SCRIPTS, INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 3:25-cv-261

## ORDER OF COURT

AND NOW, this 6th day of August, 2026, upon consideration of the Renewed Motion for Remand (ECF No. 38) filed by Plaintiff Garrett Bowden; the Motion seeking preliminary injunctive relief ("PI Motion") (ECF No. 39) filed by Plaintiff; and the Motion to Dismiss (ECF No. 41) filed by Defendants Express Scripts, Inc., Cigna Corporation, and Evernorth Health Services (collectively, "Moving Defendants"), and for the reasons set forth in this Court's Memorandum Opinion of the same date, it is hereby ORDERED that:

1) The Renewed Motion for Remand is denied.

2) Moving Defendants' Motion to Dismiss is granted to the extent that it asserts that Plaintiff's claims are preempted by ERISA.

3) Plaintiff's Amended Complaint (ECF No. 36) is dismissed without prejudice to Plaintiff filing a final amended complaint asserting a claim under ERISA. Should he elect to file an

amended complaint, the same shall be filed by **August 20, 2026**.  Failure to file an amended complaint will result in dismissal of this matter with prejudice.

4) The PI Motion is denied.

BY THE COURT:

*/s/Robert J. Colville*_____
Robert J. Colville
United States District Judge

cc: All counsel of record