**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GARRETT BOWDEN, individually and on behalf of all others similarly situated, | ) | No. 3:25-cv-261 |
| Plaintiff, | ) | |
| v. | ) | Judge Robert J. Colville |
| EXPRESS SCRIPTS, INC., et al., | ) | |
| Defendants. | ) | |

**<u>JUDGMENT ORDER</u>**

Consistent with the Court's Order at ECF No. 54, this matter is dismissed with prejudice. FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Clerk of Court is hereby directed to mark this case as closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: August 27, 2026

cc: All counsel of record